Venable, Campillo, Logan & Meaney, P.C.
1938 East Osborn Road
Phoenix, Arizona 85016
Telephone (602) 631-9100
Facsimile (602) 631-4529
E-Mail docketing@vclmlaw.com
Michael F. Campillo (AZ Bar No 019014)
Joseph R. Meaney (AZ Bar No.017371)
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ADAM OCHOA, an individual, ADAM O. DESIGN USA., an Arizona Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TREK BICYCLE, CORP., a Wisconsin Corporation,<br><br>Defendant. | **Case No.: 2:10-cv-00195**<br><br>**COMPLAINT FOR PATENT INFRINGEMENT** |

Plaintiffs Adam Ochoa ("Ochoa") and Adam O. Design USA ("Adam O"), for its claims for relief against Defendant Trek Bicycle Corp., ("Trek") alleges as follows:

## **PARTIES**

1. Adam O is a corporation having a place of business at 7161 E. Rancho Vista Dr., Scottsdale, AZ 85251. Ochoa is an individual residing in Scottsdale, Arizona.

2. Upon information and belief, Trek is a Wisconsin Corporation, having a principal place of business at 801 W Madison St., Waterloo, WI 53594.

## JURISDICTION AND VENUE

3. Plaintiffs allege and incorporate each of the foregoing paragraphs as if fully set forth herein.

4. This is an action for patent infringement arising under the patent laws of the United States. 35 U.S.C. § 101 *et seq.*

5. This Court has subject matter jurisdiction over these patent infringement claims pursuant to 28 U.S.C. §§ 1331 and 1338.

6. Upon information and belief, Trek transacts business within the State of Arizona and contracts to supply goods in Arizona, including goods that fall within one or more claims of the patent asserted herein.

7. Trek is subject to personal jurisdiction in this judicial district.

8. Venue is proper in this forum pursuant to 28 U.S.C. §§ 1391 and 1400.

## CLAIM FOR RELIEF

9. Plaintiffs allege and incorporate each of the foregoing paragraphs as if fully set forth herein.

10. Ochoa is the inventor and owner of non-expired United States Patent No. 5,888,214 ("'214 patent") entitled "Prosthetic Leg Apparatus and Method," issued on March 30, 1999.

11. Adam O is the exclusive licensee of the '214 patent.

12. On information and belief, Trek manufactures, imports, tests, sells, and offers for sale devices that infringe claims 3 and 4 of the '214 patent and thereby violates one or more of Ochoa's exclusive rights under 35 U.S.C. § 271.

13. On information and belief, Trek's infringement is willful and intentional.

14. Trek's infringement is of a continuing nature and is causing irreparable injury to Ochoa and will continue unabated unless and until enjoined by this Court.

## JURY DEMAND

15. Plaintiffs hereby demand a trial by jury in this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request judgment against Trek as follows:

A. For an order enjoining Trek from infringing, inducing others to infringe, and contributing to the infringement of the ''214 patent;

B. For monetary damages in an amount to be determined at trial;

C. For treble damages as a result of Trek's willful infringement;

D. For prejudgment and post judgment interest;

E. For attorneys' fees;

F. For costs, including expert witness fees; and

G. For such other relief as the Court deems just and proper.

DATED: January 28, 2010.                    Respectfully submitted,

Venable, Campillo, Logan & Meaney, P.C.

By  /s/Michael F. Campillo
    Michael F. Campillo SBN 019014

1938 East Osborn Road
Phoenix, Arizona  85016
Tel: 602-631-9100
Fax: 602-631-4529
E-Mail docketing@vclmlaw.com
Attorneys for Plaintiffs